No. 89–1033. ESTO, INC., ET AL. *v.* CALLAHAN, DBA C. E. CALLAHAN CO. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–5688. MACHOR *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–5901. FARRELL *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 1st Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–798. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION *v.* HAYES. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–1113. NEW JERSEY *v.* HOWARD. Super. Ct. N. J., App. Div. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–1115. SOWDERS, WARDEN *v.* CRANE. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–828. FRAME ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 89–869. HENRY HOLT & CO., INC. *v.* NEW ERA PUBLICATIONS INTERNATIONAL, APS. C. A. 2d Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.